RWP/sls

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6321CR-HURLEY

18 USC 1028(a)(2)
18 USC 1542
18 USC 2

MAGISTRATE JUDGE
VITUNAC

UNITED STATES OF AMERICA

v.

CYNTHIA JOHNSON,

    Defendant.
_____/

### INDICTMENT

The Grand Jury charges that:

#### COUNT I

On or about September 20, 1999, in Broward County, in the Southern District of Florida, the defendant,

CYNTHIA JOHNSON,

did willfully and knowingly transfer in and affecting interstate and foreign commerce a false birth certificate and driver's license, to wit: a false United States Virgin Islands birth certificate and a false United States Virgin Islands driver's

license in the name of Omchand Persaud, knowing that such birth certificate and driver's license was produced without lawful authority, in violation of Title 18, United States Code, Section 1028(a)(2).

### COUNT II

On or about September 20, 1999, in Broward County, in the Southern District of Florida, the defendant,

CYNTHIA JOHNSON,

did willfully and knowingly aid and abet the making of a false statement by Omchand Persaud, by providing a fraudulent and counterfeit United States Virgin Islands birth certificate, for use in an application for a passport with intent to induce and secure the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, in that Omchand Persaud stated in said application that he was born in the United States Virgin Islands and a citizen of the United States, when in truth and in fact, and as he then and there well knew, he was not born in the United States Virgin Islands and was not a

citizen of the United States; in violation of Title 18, United States Code, Sections 1542 and 2.

A TRUE BILL

*(signature)*
FOREPERSON

*(signature)*
GUY A. LEWIS
UNITED STATES ATTORNEY

*(signature)*
ROGER W. POWELL
ASSISTANT UNITED STATES ATTORNEY

3

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA          CASE NO. _____

v.

                                   **CERTIFICATE OF TRIAL ATTORNEY*** 

CYNTHIA JOHNSON                    **Superseding Case Information**:

**Court Division**: (Select One)
                                   New Defendant(s)          Yes ___   No ___
                                   Number of New Defendants  ___
___ Miami  ___ Key West            Total number of counts    ___
X__ FTL    ___ WPB  ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:          (Yes or No) NO_____
   List language and/or dialect _____

4. This case will take  2  days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                              (Check only one)

   I    0 to 5 days        X___       Petty       ___
   II   6 to 10 days       ___        Minor       ___
   III  11 to 20 days      ___        Misdem.     ___
   IV   21 to 60 days      ___        Felony      X___
   V    61 days and over   ___

6. Has this case been previously filed in this District Court? (Yes or No) NO
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) NO
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No) _____ NO _____

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes  X  No   If yes, was it pending in the Central Region? ___ Yes ___ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes  X  No

*Roger W. Powell*
ROGER W. POWELL
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 341411

*Penalty Sheet(s) attached                                          REV.6/27/00

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PENALTY SHEET

**Defendant Name: CYNTHIA JOHNSON**            Case No._____

Count #: **1**

**Sale of False U.S. Birth Certificate**

**Title 18, United States Code, Section 1028(a)(2)**

**\*Max. Penalty: 15 years' Imprisonment; and $250,000 fine.**

Count #: **2**

**False Statement in Application for U.S. Passport**

**Title 18, United States Code, Section 1542**

**\*Max. Penalty: 10 years' Imprisonment; and $250,000 fine**

Count #:

**\*Max. Penalty:**

Count #:

**\*Max. Penalty:**

Count #:

**\*Max. Penalty:**

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable            10/9/98