## United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

V.

CYNTHIA JOHNSON

TO: The United States Marshal
and any Authorized United States Officer

**WARRANT FOR ARREST**

**CASE NUMBER:**

# 00-6321

YOU ARE HEREBY COMMANDED to arrest __CYNTHIA JOHNSON__

CR-HURLEY
Name

MAGISTRATE JUDGE
VITUNAC

and bring him or her forthwith to the nearest magistrate to answer a(n)

|X| Indictment  |  | Information  |  | Complaint  |  | Order of court  |  | Violation Notice  |  | Probation Violation Petition

charging him or her with (brief description of offense) knowingly and willfully, make a false statement in an application for a passport with the intent to induce and secure the issuance of passports and the rules prescribed pursuant to such law; false claim of U.S. Citizenship; and false oath,

in violation of Title __18__ United States Code, Section(s) __1542, 911 & 1621__

Clarence Maddox
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

Bail fixed at $ __25,000 Corp. surety__

Court Administrator/Clerk of the Court
Title of Issuing Officer

__NOVEMBER 16, 2000 FORT LAUDERDALE, FLORIDA__
Date and Location

_[signature]_
LURANA S. SNON
by __UNITED STATES MAGISTRATE JUDGE__
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: <u>CYNTHIA JOHNSON</u>

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____  WEIGHT: _____

SEX: _____  RACE: _____

HAIR: _____  EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: <u>US DEPARTMENT OF STATE</u>  <u>536-5781</u>