# COURT MINUTES

U.S. MAGISTRATE JUDGE **ANN E. VITUNAC**   DATE: 12/06/2000   TIME: 9:30 AM

DEFT. CYNTHIA JOHNSON (J)   CASE NO. 00-6321-CR-HURLEY/VITUNAC

AUSA. Lothrop Morris / ROGER POWELL   ATTY. Timothy Biswill, APD

AGENT. STATE DEPARTMENT   VIOL. 18:1028(a)(2), 1542

PROCEEDING INITIAL HEARING   BOND. $25,000 CSB RECOMMENDED

DISPOSITION Initial, Bond & Arraignment held

Deft present - sworn/Ket

Indictment read to deft & advised of her rights

Court questions deft, finds her Indigent & appoints APD.

Govt. recommends $50,000 PSB instead of $25,000 CSB

Defense Proffers Evidence

Witness: Christopher Gillis - S/A U.S. Dept. of State - sworn/Ket.

Court sets bond @ $50,000 PSB

Conditions: remain at current address, do not move without court's permission, travel restricted to S/D of Florida, do not apply for or receive a passport, no contact with any witnesses, no weapons/firearms, report to PTS 1x week by phone & in person as directed.

Reading of indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

Deft. waives formal reading & pleads not guilty, signed & distributed

Status Disc. set for 1-8-2001 @ 9:30 am before Judge Johnson.

DATE: 12-6-00   TAPE: AEV 00-91-2720
                        00-92-1