UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6321-CR-HURLEY
Magistrate Judge Vitunac

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CYNTHIA JOHNSON,

    Defendant.
_____/

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

THIS MATTER having come before the Court upon the Federal Public Defender's Motion To Withdraw As Counsel, and the Court having been fully advised as to its premises, it is hereby

ORDERED AND ADJUDGED that the motion is GRANTED. Substitute counsel will be appointed by separate order.

DONE AND ORDERED this ___ day of December, 2000, at West Palm Beach, Florida.

DANIEL T.K. HURLEY
UNITED STATES DISTRICT JUDGE

cc:    Roger Powell, AUSA
       Martin J. Bidwill, AFPD