TO: THE HONORABLE DANIEL T. K. HURLEY
UNITED STATES DISTRICT JUDGE

RE: UNITED STATES OF AMERICA v. **CYNTHIA JOHNSON**

CASE NO. **00-6321** CR-HURLEY

THIS CAUSE is set for Pre-Trial Status Conference on **January 8, 2001**.

The parties report as follows

**X** There are no pending motions for pre-trial determination

____ The following motions are pending before the assigned Magistrate Judge:

_NONE_

____ The following motions are pending and appropriate for resolution by the District Court at time of trial:

_NONE_

**X** There are no discovery problems.    THE ASSISTANT U.S. ATTORNEY WAS
                                          NOT AWARE COUNSEL HAD BEEN
**X** The case is likely to settle by plea. APPOINTED AND IS PROVIDING
                                          DISCOVERY FORTHWITH

____ The case is ready for trial and not likely to settle by plea.

**X** The parties estimate trial will take **2** days to complete.

____ Other comments:

Respectfully submitted,

LINNEA R. JOHNSON
CHIEF U. S. MAGISTRATE JUDGE