UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6321-CR-HURLEY
Magistrate Judge Vitunac

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                            NOTICE OF APPEARANCE

CYNTHIA JOHNSON,

    Defendant.
_____/

COMES NOW THOMAS F. ALMON, having been appointed by the Court, and hereby enters this his Notice of Appearance as attorney of record for the Defendant, CYNTHIA JOHNSON, for purposes of trial in the above-styled matter. The Clerk shall please address any future notices accordingly.

                                                Respectfully submitted.

                                                _____
                                                THOMAS F. ALMON
                                                Attorney for Defendant
                                                321 N. E. 26th Street
                                                Miami, Florida 33137
                                                Tel: (305) 576-8568
                                                Fax: (305) 573-6251
                                                Florida Bar #153850



CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this  5  day of January 2001, to Assistant United States Attorney Roger Powell, 500 E. Broward Boulevard, Seventh Floor, Ft. Lauderdale, FL 33394

_____
THOMAS F. ALMON