UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6321-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                              NOTICE OF HEARING

CYNTHIA JOHNSON,

    Defendant.
_____/

    COMES NOW the Defendant, CYNTHIA JOHNSON, by and through her undersigned attorney and files herewith her Notice of Hearing on her Change of Plea to be held in the above-styled matter on March 9, 2001 at 3:30 p.m. before the Honorable Daniel T.K. Hurley, United States Courthouse, West Palm Beach, Florida.

                                                  Respectfully submitted,

                                                  _____
                                                  THOMAS F. ALMON
                                                  Attorney for Defendant
                                                  321 N. E. 26th Street
                                                  Miami, Florida 33137
                                                  Tel: (305) 576-8568
                                                  Fax: (305) 573-6251
                                                  Florida Bar #153850



## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 20 day of February 2001, to Assistant United States Attorney Roger Powell, Assistant United States Attorney, 500 E. Broward Boulevard, Seventh Floor, Ft. Lauderdale, FL 33394

_____
THOMAS F. ALMON