## CRIMINAL MINUTES



FILED by _C?_ D.C.
MAR 13 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. · W.P.B.

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA
### HONORABLE DANIEL T. K. HURLEY

===========================================

Case No. **00-6321-CR**　　　　　　　Date **March 9, 2001**

Courtroom Deputy: James E. Caldwell　　Court reporter: Pauline Stipes

Language Spoken: **English**　　　　　Defendant's Status: (Pretrial Detained / Bond)

UNITED STATES OF AMERICA v. **Cynthia Johnson**

AUSA: **Roger W. Powell**　　DEFENSE COUNSEL: **Thomas F. Almon**

TYPE OF HEARING: **Change of plea from Not guilty to guilty as to Count I of the indictment.**

RESULTS OF HEARING: **After an inquiry, the plea of guilty was accepted.**

Misc.: **Sentencing date set for Friday, May 25, 2001, at 10:00 a.m.**