PROB C 0B
(SD/FL 9/96)

# UNITED STATES DISTRICT COURT

for

## SOUTHERN DISTRICT OF FLORIDA

Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)



Name of Offender: **Cynthia Johnson**          Case Number: **00-6321-CR-HURLEY**

Name of Sentencing Judicial Officer: The Honorable Daniel T.K. Hurley, United States District Court, Southern District of Florida, West Palm Beach

Date of Original Sentence: May 25, 2001

Original Offense:   Count One: Transferring a fraudulent birth certificate and driver's license, in violation of 18 U.S.C. § 1028(a)(2), a class C felony

Original Sentence:   Three years probation with two special conditions: 1) Participate in the Home Detention Electronic Monitoring Program for the first six (6) months of probation and 2) To cooperate with police as agreed upon in the plea agreement

Type of Supervision: Probation          Date Supervision Commenced: May 25, 2001

## PETITIONING THE COURT

[ ]   To extend the term of supervision for __ years, for a total term of __ years.
[X]   To modify the conditions of supervision as follows:

**You shall participate in an approved treatment program for drug and/or alcohol abuse as directed by the United States Probation Office. Participation may include residential placement if deemed necessary.**

**The probationer will contribute to the costs of services rendered (co-payment) in an amount to be determined by the probation officer, based on ability to pay or availability of third-party payment.**



# CAUSE

**Violation of mandatory condition**, by unlawfully possessing or using a controlled substance. The probationer signed an Admission of Drug Use Form indicating that she used marijuana on or about May 28, 2001, June 4, and June 5, 2001. Ms. Johnson has requested treatment and is currently submitting to weekly urine tests.

Respectfully submitted,

by *[signature]*

Brian P. Hassett
U.S. Probation Officer
Phone: (561) 804-6849
Date: June 6, 2001

## THE COURT ORDERS:

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[✓] The Modification of Conditions as Noted Above
[ ] Submit a Request for _ Warrant or _ Summons

*[signature]*
Signature of Judicial Officer

June 8, 2001
Date