PROB 12A                                                                       SD/FL PACTS No. 66482
(SD/FL 9/96)   JOHNSON, CYNTHIA

# UNITED STATES DISTRICT COURT

for

## SOUTHERN DISTRICT OF FLORIDA

Report on Offender Under Supervision



FILED by _____ D.C.

OCT - 4 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

Name of Offender: Cynthia Johnson                    Case Number: 00-6321-CR-Hurley

Name of Sentencing Judicial Officer: The Honorable Daniel T.K. Hurley, U.S. District Judge, West Palm Beach, Florida

Date of Original Sentence: May 25, 2001

Original Offense:   Count 1: Transferring a Fraudulent Birth Certificate and Drivers License, in violation of Title 18, U.S.C. § 1028(a)(2), a Class "C" felony.

Original Sentence:  Three (3) years probation with Special Conditions: (1) participate in home detention/electronic monitoring program for the first six months of probation; and (2) shall cooperate with law enforcement agencies during the investigation of this case. On June 8, 2001, Your Honor modified probation, including treatment for drug and/or alcohol abuse as directed by the U.S. Probation Officer.

Type of Supervision: Probation                    Date Supervision Commenced: May 25, 2001

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number                Nature of Noncompliance

1.                              **VIOLATION OF MANDATORY CONDITION, by unlawfully possessing or using a controlled substance.** On or about June 19, July 6, July 18, July 25, August 1, and August 22, 2001, the probationer submitted urine specimens, which tested positive for the presence of Marijuana in our local laboratory and were subsequently confirmed positive by PharmChem Laboratories, Incorporated.

PROB 12A                                                         SD/FL PACTS No. 66482
(SD/FL 9/96)    **JOHNSON, CYNTHIA**

U.S. Probation Officer Action:

Ms. Johnson had been attending a weekly group and monthly individual therapy sessions. Based on conversations with Ms. Johnson and her drug therapist, it is believed that increasing her treatment to include a weekly individual session and weekly group sessions will reduce her risk of future Marijuana use. Ms. Johnson will also be encouraged to perform volunteer work as she has indicated that a trigger to her Marijuana use is staying in the house all day while on electronic monitoring. This recommendation is also made based on Ms. Johnson's current age, 64, and the fact that she is responsible for raising 6 grandchildren she has legal custody of.

The U.S. Probation Officer does not believe that incarceration is justified in this case.

Should Your Honor concur with our recommendation, please indicate below.

                                                    Respectfully submitted,

                                    by          _____
                                                    David L. Sutherland
                                                    U.S. Probation Officer
                                                    Phone: (954) 769-5512
                                                    Date: September 27, 2001

**Reviewed by:** _____
                Carolyn M. Gamble, Supervising
                U.S. Probation Officer

---

[✓]   Concur with action(s) taken by the U.S. Probation Officer
[ ]   Submit a Request for Modifying the Conditions or Term of Supervision
[ ]   Submit a Request for _ Warrant or _ Summons


                        _____
                        Signature of Judicial Officer

                        Oct. 3, 2001
                        _____
                                  Date