PROB 12A  
(SD/FL 9/96)   JOHNSON, CYNTHIA   SD/FL PACTS No. 66482

# UNITED STATES DISTRICT COURT

for

## SOUTHERN DISTRICT OF FLORIDA

Report on Offender Under Supervision



FILED by _____ D.C.

DEC 17 2001

CLARENCE MADDOX  
CLERK U.S. DIST. CT.  
S.D. OF FLA. - W.P.B.

Name of Offender: Cynthia Johnson          Case Number: 00-6321-CR-Hurley

Name of Sentencing Judicial Officer: The Honorable Daniel T.K. Hurley, U.S. District Judge, West Palm Beach, Florida

Date of Original Sentence: May 25, 2001

Original Offense:   Count 1: Transferring a Fraudulent Birth Certificate and Drivers License, in violation of Title 18, U.S.C. § 1028(a)(2), a Class "C" felony.

Original Sentence:   Three (3) years probation with Special Conditions: (1) participate in home detention/electronic monitoring program for the first six months of probation; and (2) shall cooperate with law enforcement agencies during the investigation of this case. On June 8, 2001, Your Honor modified probation, including treatment for drug and/or alcohol abuse as directed by the U.S. Probation Officer.

Type of Supervision: Probation          Date Supervision Commenced: May 25, 2001

---

# NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number          Nature of Noncompliance

1.          **VIOLATION OF MANDATORY CONDITION, by unlawfully possessing or using a controlled substance.** On or about August 29, September 5, October 24, November 6, and November 14, 2001, the probationer submitted urine specimens, which tested positive for the presence of Marijuana in our local laboratory and were subsequently confirmed positive by PharmChem Laboratories, Incorporated.



PROB 12A
(SD/FL 9/96)    JOHNSON, CYNTHIA                                    SD/FL PACTS No. 66482

U.S. Probation Officer Action:

Based on the recent positives for Marijuana, Ms. Johnson's treatment has been increased to a weekly group and weekly individual therapy sessions. The United States Probation Officer and Ms. Johnson's therapist have also instructed Ms. Johnson to begin attending NA meetings on a daily basis for support and to attend family counseling. Apparently, Ms. Johnson is smoking Marijuana to relieve stress related to the raising of six grandchildren by herself in her residence. Her only means of coping with the misconduct in the past has been to smoke Marijuana. Ms. Johnson is committed to discontinuing her Marijuana use and has promised to attend NA meetings on a daily basis and to obtain family counseling through her local neighborhood high school. Ms. Johnson terminates her home confinement/electronic monitoring program this date and will be encouraged to perform volunteer work in order to avoid long days of inactivity in the residence.

This recommendation is also made based on Ms. Johnson's current age of 64 and that she is the sole provider for six grandchildren she has legal custody of. The U.S. Probation Officer and treatment therapist do not believe that incarceration or residential placement is justified in this case.

Should Your Honor concur with our recommendation to increase group and individual therapy sessions to weekly, require daily NA attendance, and obtain family counseling, please indicate below. Should Your Honor require any further action, please advise.

Respectfully submitted

by

David L. Sutherland
U.S. Probation Officer
Phone: (954) 769-5512
Date: December 3, 2001

Reviewed by: _____
Carolyn M. Gamble, Supervising
U.S. Probation Officer

[✓] Concur with action(s) taken by the U.S. Probation Officer
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for _ Warrant or _ Summons

_____
Signature of Judicial Officer

Dec. 17, 2001
_____
Date