PROB 12C  
(SD/FL 9/96)  
**Cynthia Johnson**  
Docket No. 00-6321-CR-Hurley

SD/FL PACTS No. 66482



UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6321-CR-Hurley

### PETITION FOR SUMMONS FOR OFFENDER UNDER SUPERVISION

Name of Offender: Cynthia Johnson

Name of Sentencing Judicial Officer: The Honorable Daniel T.K. Hurley, U.S. District Judge, West Palm Beach, Florida

Date of Original Sentence: May 25, 2001

Original Offense: Count 1: Transferring a Fraudulent Birth Certificate and Driver's License, in violation of Title 18, U.S.C. § 1028(a)(2), a Class "C" felony.

Original Sentence: Three (3) years probation with Special Conditions: (1) participate in home detention/electronic monitoring program for the first six months of probation; and (2) shall cooperate with law enforcement agencies during the investigation of this case. On June 8, 2001, Your Honor modified probation to include treatment for drug and/or alcohol abuse as directed by the U.S. Probation Officer.

Type of Supervision: Probation

Date Supervision Commenced: May 25, 2001

Assistant U.S. Attorney:  
Roger W. Powell

Defense Attorney:  
Thomas F. Almon

## PETITIONING THE COURT

[X]   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:



PROB 12C  SD/FL PACTS No. 66482
(SD/FL 9/96)
**Cynthia Johnson**
**Docket No. 00-6321-CR-Hurley**

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **VIOLATION OF MANDATORY CONDITION, by unlawfully possessing or using a controlled substance.** On or about May 28, June 4, June 5, June 19, July 6, July 18, July 25, August 1, August 22, August 29, September 5, October 24, November 6, November 14, 2001, and February 2, 2002, the probationer submitted urine specimens, which tested positive for the presence of Marijuana in our local laboratory and were subsequently confirmed positive by PharmChem Laboratories, Inc. |

U.S. Probation Officer Recommendation:
  [X]  The term of supervision should be
  [X]  revoked.

Respectfully submitted,

by  David L. Sutherland
    U.S. Probation Officer
    Phone: (954) 769-5512
    Date: March 7, 2002

Reviewed by: _____
  **Carolyn M. Gamble, Supervising**
  **U.S. Probation Officer**

THE COURT ORDERS:
[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Submit a Request for Modifying the Conditions or Term of Supervision

_____
Signature of Judicial Officer

March 12, 2002
Date