# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO.  00-6321-CR-Hurley

FILED by _____ D.C.

MAR 2 8 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

U.S.A. vs CYNTHIA JOHNSON

## TO:[1] ANY U.S. MARSHAL OR AUTHORIZED REPRESENTATIVE

| WARRANT FOR ARREST OF PROBATIONER | | | |
|---|---|---|---|
| You are hereby commanded to arrest the within-named probationer and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her probation imposed by the court. | | | |

| NAME OF PROBATIONER Cynthia Johnson | SEX F | RACE B | AGE 64 |
|---|---|---|---|
| ADDRESS (STREET,CITY,STATE) 830 SW 14 Court Deerfield Beach, Florida 33441 | | | |

| PROBATION IMPOSED BY (NAME OF COURT) UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA | DATE IMPOSED 5/25/2001 |
|---|---|

TO BE BROUGHT BEFORE (NAME OF COURT,CITY,STATE)
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH, FLORIDA

| CLERK Clarence Maddox | (BY) DEPUTY CLERK | DATE MAR 2 8 2002 |
|---|---|---|

| RETURN | | |
|---|---|---|
| | DATE RECEIVED | DATE EXECUTED |
| Warrant received and executed. | | |
| EXECUTING AGENCY (NAME AND ADDRESS) | | |
| | | |
| NAME | (BY) | DATE |

[1] Insert designation of officer to whom the warrant is issued, e.g. "any United States Marshal or any other authorized officer;" or "United States Marshal for _____ District of _____;" or "any United States Marshal;" or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."

PROB 20
(Rev.8/91)

## PERSONAL HISTORY OF ABSCONDER

TO:    U.S. MARSHAL, Warrant Supervisor

FROM:    David L. Sutherland

OFFICE:    Fort Lauderdale, Florida

PHONE NO:    (954) 769-5512

DATE:    March 21, 2002

**TYPE OF WARRANT**

PROBATION                 X
SUPERVISED RELEASE
PAROLE
PRETRIAL

PHOTO AVAILABLE (Y/N):

IN CUSTODY NOW (Y/N):          WHERE:

**\*\*\***

_____

RE: JOHNSON, Cynthia
    (Last, First, Middle)

MALE _    FEMALE X          RACE:    WHITE _    HISPANIC _
                                     BLACK X    CHINESE _
                                     OTHER _    INDIAN _

DATE OF BIRTH: 1/2/37    PLACE OF BIRTH:

HT: 5 ft. 6 in.;          WT: 140 lbs.; EYES  HAIR
        **\*\*\*** (NOTE: This info required for NCIC)
_____
COMPLEXION:  SCARS, TATTOOS, DEFORMITIES, OTHER ID MARKS

FBI#: 691450AB9          SOC. SEC.#: 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

LOCAL POLICE#:          DOCKET #:

DRUG USE (Y/N):          ALIASES:

LAST KNOWN OR CURRENT ADDRESS: 830 SW 14th Court, Deerfield Beach, Florida, 33441

LAST KNOWN OR CURRENT TELEPHONE NO.: 571-9673

FORMER PHONE NOS.:

FORMER ADDRESSES AND DATES:

DATE, PLACE, OFFENSE, AND AGENCY RESPONSIBLE FOR ARREST RESULTING IN SUPERVISION PLACEMENT: 12/6/2000; Transferring a Fraudulent Birth Certificate and Driver's License; U.S. Dept of State

DATE OF LAST KNOWN ARREST: 12/6/2000    PLACE:

NATURE OF ARREST: Instant Offense

VIOLENT HISTORY (Type): No

DATE OF LAST FACE-TO-FACE CONTACT WITH PROBATION OFFICER: March 20, 2002

DOES SUBJECT KNOW WARRANT HAS BEEN ISSUED (Y/N)?    Yes

NEXT KNOWN COURT APPEARANCE:  Date: Pending  Location:  Type:

KNOWN CO-DEFENDANTS AND ASSOCIATES AND AREAS SUBJECT MAY FREQUENT (names, aliases, addresses) None

KNOWN FAMILY AND RELATIVES (name, relation, address, phone no.)

OCCUPATION: Retired    DATE OF LAST EMPLOYMENT:

LAST EMPLOYER & ADDRESS:

AUTOMOBILE, DESCRIBE:

AUTO LICENSE NO., IF KNOWN:    STATE:

OTHER RELATIVE INFORMATION:

NAME AND TELEPHONE NO. OF PROBATION OFFICER: David Sutherland (954) 769-5512

NAME OF CHIEF PROBATION OFFICER OR SUPERVISOR: Carolyn Gamble