UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # 53945-004

UNITED STATES OF AMERICA )
        Plaintiff ) Case Number: CR 00-6321-CR-HURLEY
                 ) REPORT COMMENCING CRIMINAL
   -vs-              ) ACTION
                 )
Johnson, Cynthia )
       Defendant

*************************************************

TO: Clerk's Office   MIAMI   (FT. LAUDERDALE)   W. PALM BEACH
    U.S. District Court       (circle one)

FILED by ___ D.C.
APR 9 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF F.A. FT. LAUD.

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE
*************************************************

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 4/08/2002  1400 am/pm

(2) Language Spoken: English

(3) Offense(s) Charged: 001 Violation of Supervision

(4) U.S. Citizen [✓] Yes   [ ] No   [ ] Unknown

(5) Date of Birth: 1/02/1937

(6) Type of Charging Document: (check one)
    [ ] Indictment   [ ] Complaint   To be filed/Already filed
    Case# _____

    [ ] Bench Warrant for Failure to Appear
    [✓] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: S/FL

    COPY OF WARRANT LEFT WITH BOOKING OFFICER   [ ]YES [ ]NO

Amount of Bond: $_____
Who set Bond: _____

(7) Remarks: _____

(8) Date: 4/08/02    (9) Arresting Officer: Reilly

(10) Agency: USMS    (11) Phone: 954 356 7254

(12) Comments: _____

RA
32