## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT: CYNTHIA JOHNSON (J)    CASE NO: 00-6321-CR-HURLEY

AUSA: ROGER POWELL / Lanigan    ATTY: 

AGENT: USPO    VIOL: PROBATION VIIOLATION

PROCEEDING: I/A ON VIOLATION    RECOMMENDED BOND: PSB

BOND HEARING HELD - yes / no    COUNSEL APPOINTED:

BOND SET @:    To be cosigned by:

FILED by ___ D.C.
APR -9 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA FT. LAUD.

- ❏ Do not violate any law.
- ❏ Appear in court as directed.
- ❏ Surrender and / or do not obtain passports / travel documents.
- ❑ Rpt to ~~PTS~~ USPO as directed / or ____ x's a week/month by phone; ____ x's a week/month in person  *follow lawful instruction*
- ❏ Random urine testing by Pretrial Services. ____ Treatment as deemed necessary.
- ❏ Maintain or seek full - time employment.
- ❏ No contact with victims / witnesses.
- ❏ No firearms.
- ❏ Curfew: ____
- ❏ Travel extended to: ____
- ❏ Halfway House ____

Advised of charge

Tom Almon reappointed for violation

final hrg to be set before Judge in WPB

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | | | | |

DATE: 4/9/02   TIME: 11:00   FTL/LSS TAPE # 02- 019   Begin: 2/26   End: 2294


33