UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6321-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA

    Plaintiff,

VS.

CYNTHIA JOHNSON (B)

    Defendant.

### NOTICE OF HEARING

| TYPE OF CASE: | ( ) CIVIL | (XX) CRIMINAL |
|---|---|---|

(XX) TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE:<br>UNITED STATES COURTHOUSE<br>701 CLEMATIS STREET<br>WPB, FL. 33401 | ROOM NO.:<br>COURTROOM #3     (4TH FLOOR)<br>DATE AND TIME:<br>**WEDNESDAY, 4-17-02 @ 9:30 AM** |
|---|---|

TYPE OF PROCEEDING:
**PRELIMINARY AND/OR FINAL HEARING ON
VIOLATION OF SUPERVISED RELEASE**

( ) TAKE NOTICE that the proceeding in this case has been continued as indicated below:

| PLACE: | DATE/TIME PREVIOUSLY SCHEDULED: | CONTINUED TO, DATE AND TIME: |
|---|---|---|

    ANN E. VITUNAC
    U.S. MAGISTRATE JUDGE

DATE: APRIL 11, 2002

    (BY) DEPUTY CLERK

TO: THOMAS ALMON, ESQUIRE
    UNITED STATES ATTORNEY (ROGER POWELL)
    UNITED STATES MARSHAL
    UNITED STATES PROBATION (DAVE SUTHERLAND)
    DEFENDANT-830 S.W. 14th Court, Deerfield Beach, Florida 33441

