# COURT MINUTES

U.S. MAGISTRATE JUDGE **ANN E. VITUNAC**   DATE: 04/17/2002   TIME: 9:30 AM

DEFT. CYNTHIA JOHNSON (B)   CASE NO. 00-6321-CR-HURLEY/VITUNAC

AUSA. *Jennifer Pryor* / ROGER POWELL   ATTY. THOMAS ALMON (CJA)

AGENT. DAVE SUTHERLAND-PROBATION   VIOL. VIOL. OF SUPERVISED RELEASE

PROCEEDING: PRELIM. AND/OR FINAL HRNG. ON VIOL. OF SUPV. RELEASE   BOND. $50,000 PSB

DISPOSITION: Final held

Deft present with counsel & admit to violations

Govt. does not object to deft remaining on bond.

Sentencing to be set before Judge Hurley. R&R to follow

DATE: 4-17-02   TAPE: A2V 02-36-304