UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6321-Cr-Hurley/Vitunac

UNITED STATES OF AMERICA

    Plaintiff,

vs.

CYNTHIA JOHNSON,

    Defendant.
_____/



### REPORT AND RECOMMENDATION

    The Defendant, CYNTHIA JOHNSON, appeared before the Court this day represented by attorney Thomas Almon. The Defendant is charged with violating supervised release by unlawfully possessing or using a controlled substance. The Defendant submitted urine specimens on the following dates which tested positive for Marijuana: May 28, June 4, 5, & 19, July 6, 18, & 25, August 1, 22, & 29, September 5, October 24, November 6 & 14, 2001, and February 2, 2002. The Defendant admits violating her supervised release and would like to proceed to sentencing.

    This Court recommends that the District Court accept the Defendant's admission and find the Defendant guilty of violating supervised release. This Court recommends that this matter be set down for sentencing before the District Court.

    The Clerk is ORDERED to set this matter before the sentencing calendar of United States District Judge Daniel T. K. Hurley.

    A party shall serve and file written objections, if any, to this Report and Recommendation with the Honorable United States District Judge Daniel T. K. Hurley,



within ten (10) days after being served with a copy. See 28 U.S.C. § 636(b)(1)(C). Failure to file timely objections may limit the scope of appellate review of factual findings contained herein. See United States v. Warren, 687 F.2d 347, 348 (11th Cir.1982) cert. denied, 460 U.S. 1087 (1983).

DONE and ORDERED and DONE and SUBMITTED in Chambers at West Palm Beach in the Southern District of Florida, this 17 day of April, 2002.

_____
ANN E. VITUNAC
UNITED STATES MAGISTRATE JUDGE

Copies to:

Judge Daniel T. K. Hurley
Thomas Almon, Esq.
AUSA - Roger Powell
Clerk of Court