# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>00-6321-CR-Hurley</u>

U.S.A. vs **CYNTHIA JOHNSON**

TO:[1] **ANY U.S. MARSHAL OR AUTHORIZED REPRESENTATIVE**

| WARRANT FOR ARREST OF PROBATIONER | | | |
|---|---|---|---|
| You are hereby commanded to arrest the within-named probationer and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her probation imposed by the court. | | | |
| NAME OF PROBATIONER<br>Cynthia Johnson | SEX<br>F | RACE<br>B | AGE<br>64 |
| ADDRESS (STREET,CITY,STATE)<br>830 SW 14 Court<br>Deerfield Beach, Florida 33441 | | | |
| PROBATION IMPOSED BY (NAME OF COURT)<br>UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF FLORIDA | DATE IMPOSED<br>5/25/2001 | | |
| TO BE BROUGHT BEFORE (NAME OF COURT,CITY,STATE)<br>UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF FLORIDA<br>WEST PALM BEACH, FLORIDA | | | |
| CLERK<br>Clarence Maddox | (BY) DEPUTY CLERK | DATE<br>MAR 2 8 2002 | |

| RETURN | | |
|---|---|---|
| Warrant received and executed. | DATE RECEIVED<br>3/28/02 | DATE EXECUTED<br>4/8/02 |
| EXECUTING AGENCY (NAME AND ADDRESS)<br>USMS, Ft. Lauderdale, FL | | |
| NAME Edward Stubbs, Acting<br>US Marshal S/D FL | (BY)<br>Barry Golden, ASDUSM | DATE<br>4/8/02 |

[1] Insert designation of officer to whom the warrant is issued, e.g. "any United States Marshal or any other authorized officer;" or "United States Marshal for ___ District of ___;" or "any United States Marshal;" or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."