# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__   528014

UNITED STATES OF AMERICA

V.

CYNTHIA JOHNSON

## WARRANT FOR ARREST

CASE NUMBER: **00-6321**

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __CYNTHIA JOHNSON__

CR-HURLEY
MAGISTRATE JUDGE
VITUNAC

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense) **knowingly and willfully, make a false statement in an application for a passport with the intent to induce and secure the issuance of passports and the rules prescribed pursuant to such law; false claim of U.S. Citizenship; and false oath,**

in violation of Title __18__ United States Code, Section(s) __1542, 911 & 1621__

| | |
|---|---|
| **Clarence Maddox** <br> Name of Issuing Officer | Court Administrator/Clerk of the Court <br> Title of Issuing Officer |
| *(signature)* <br> Signature of Issuing Officer | __NOVEMBER 16, 2000 FORT LAUDERDALE, FLORIDA__ <br> Date and Location |

Bail fixed at $ __25,000 corp surety__   by __LURANA S. SNOW__
__UNITED STATES MAGISTRATE JUDGE__
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above named defendant at

**WEST Palm Beach, FL**

| DATE RECEIVED <br> 11/16/00 | NAME AND TITLE OF ARRESTING OFFICER <br> Edward Stubbsm Acting <br> US Marshal S/D FL | SIGNATURE OF ARRESTING OFFICER <br> *(signature)* <br> Barry Golden, ASDUSM |
|---|---|---|
| DATE OF ARREST <br> 12/16/00 | | |

AO 442 (Rev. 12/85) Warrant for Arrest