UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6321-CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

v.

CYNTHIA JOHNSON,
    Defendant.
_____/



## ORDER ADOPTING REPORT AND RECOMMENDATION AND SETTING HEARING

**THIS MATTER** come before the court upon report that the above named defendant violated the conditions of supervision and upon the report and recommendation of a United States Magistrate Judge. Upon consideration, it is

**ORDERED** and **ADJUDGED**:

1. The Magistrate Judge's report and recommendation, dated April 17, 2002, are **adopted**.

2. A sentencing hearing will be conducted on **Friday, May 31, 2002**, at **9:30 a.m.** in courtroom 5 at the U.S. Courthouse, 701 Clematis Street, West Palm Beach, Florida.

3. Any request to delay the hearing must be filed in accordance with the local rules for this district and received by the Clerk of the United States District Court in a timely manner.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this _30th_ day of April, 2002.

**copy furnished:**
AUSA Roger Powell
Thomas F. Almon, Jr.
United States Marshal's Service
United States Probation Office

Daniel T. K. Hurley
United States District Judge