# United States District Court

## for

## SOUTHERN DISTRICT OF FLORIDA

U.S.A vs. Cynthia Johnson      Docket No. 00-6321-CR-Hurley
                               PACTS NO. 66482

### Petition to Revoke Bond

COMES NOW, David L. Sutherland, UNITED STATES PROBATION OFFICER presenting an official report upon the conduct of defendant, Cynthia Johnson, who was placed on bond supervision by the Honorable Ann E. Vitunic, sitting in the court at West Palm Beach, Florida, on the 9th day of April, 2002, was given a $50,000 Personal Surety bond under the following conditions:

1. To abide by the previously imposed conditions of probation and follow all instructions of the U.S. Probation Officer.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

1. **VIOLATION OF MANDATORY CONDITION, by unlawfully possessing or using a controlled substance.** In that, on or about April 26, 2002, the probationer submitted a urine specimen, which tested positive for the presence of Marijuana in our local laboratory and has been confirmed positive by PharmChem Laboratories, Inc.

PRAYING THAT THE COURT WILL ORDER THE DEFENDANT'S BOND REVOKED AND A WARRANT ISSUED FOR THE DEFENDANT'S ARREST.

ORDER OF COURT

Considered and ordered this 13 day of May, 2002 and ordered filed and made part of the records in the above case.

Honorable Ann E. Vitunic
U.S. District Court Magistrate Judge

Respectfully,

David L. Sutherland
U.S. Probation Officer
Phone: (954) 769-5512

Place Fort Lauderdale, Florida

Date May 10, 2002