UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6321-CR-HURLEY

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CYNTHIA JOHNSON,

    Defendant.
_____/



## MOTION TO RESET THE HOUR OF SENTENCING ON MAY 31, 2002

    COMES NOW the Defendant, CYNTHIA JOHNSON by and through her undersigned attorney and hereby files this her Motion to Reset the Hour of Sentencing on May 31, 2002 as follows:

1.

    The undersigned has just received notice that this case is set for sentencing on a supervised release violation at 9:30 a.m., May 31, 2002.

2.

    The undersigned is scheduled to appear at a sentencing hearing before the Honorable William Zloch on the same date at 10:00 a.m. in the case of United States v. Baldemar Suastegui, 01-9296-CR-ZLOCH. The sentencing time and date in that case was set by Judge Zloch on March 19, 2002.



3.

The undersigned does not desire to change the date of sentencing in the instant case and asks that Ms. Johnson's sentencing be rescheduled for the afternoon of May 31, 2002.

WHEREFORE, the Defendant prays that this Motion to Reschedule the Hour of Sentencing be reset for the afternoon.

Respectfully submitted,

THOMAS F. ALMON
Attorney for Defendant
321 N. E. 26th Street
Miami, Florida 33137
Tel: (305) 576-8568
Fax: (305) 573-6251
Florida Bar #153850

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed to Assistant United States Attorney Roger Powell, Esq. 500 E. Broward Boulevard, Seventh Floor Ft. Lauderdale, FL 33394, this ___8___ day of May, 2002.

THOMAS F. ALMON