## COURT MINUTES

### U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE, FLORIDA

DEFT: CYNTHIA JOHNSON (J)#     CASE NO: 00-6321-CR-Hurley

AUSA: Duty/Chase     ATTY: ~~Tom Almon~~ FPD/ Bernardo Lopez

AGENT: USPO: Dave Sutherland/Ann Kanan     VIOL: BOND VIOLATION ON S.R. VIOLATION

PROCEEDING: BOND VIOLATION     RECOMMENDED BOND:

BOND HEARING HELD - yes / no     COUNSEL APPOINTED:

BOND SET @:     To be cosigned by:

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or ___ x's a week/month by phone; ___ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: _____
- ☐ Travel extended to: _____
- ☐ Halfway House _____

*[Handwritten: ∆ advised of bond violation. Revocation hrg set for May 31, 2002 before Judge Hurley.]*

NEXT COURT APPEARANCE:     DATE:     TIME:     JUDGE:     PLACE:

INQUIRY RE COUNSEL:

~~BOND~~ BOND HEARING: 5-21-02     9:30am     WPB/DTH

PRELIM/ARRAIGN. OR REMOVAL:

STATUS CONFERENCE:

DATE: 5-16-02     TIME: 11:00am     FTL/BSS TAPE # 02- 032     Begin: 1740     End: 1935