UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6321-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

                                                                          **MOTION TO CONTINUE HEARING**
                                                                          **BEFORE MAGISTRATE JUDGE**

CYNTHIA JOHNSON,

    Defendant.
_____/

COMES NOW the Defendant, CYNTHIA JOHNSON, by and through her undersigned court-appointed attorney, and hereby files this her Motion to Continue Appearance before Magistrate Judge as follows:

1.

The Defendant in this case is presently set for a final hearing before Judge Hurley on her supervised release violation for 9:30 a.m. on May 31, 2002.

2.

The undersigned has been informed that the Defendant, who had been out on a $50,000 personal surety bond, has now been rearrested for bond violation having tested positive for the presence of marijuana. The undersigned has also been informed that the Defendant is scheduled to appear before the Honorable Anne Vitunac at 9:30a.m., on May 21, 2002 with respect to said violations.

3.

The undersigned has a conflict in that he is scheduled to appear before Judge Federico Moreno at 9:00 a.m. on Tuesday, May 21, 2002, in the case of United States v. Jose Denis (99-718-CR-MORENO). In addition, the undersigned is scheduled to be out of town from May 22nd, to May 23rd, 2002 and would ask that the instant case be rescheduled for the duty calendar at 9:30a.m., May 24th, 2002.

Respectfully submitted,

_____
THOMAS F. ALMON
Attorney for Defendant
321 N. E. 26th Street
Miami, Florida 33137
Tel: (305) 576-8568
Fax: (305) 573-6251
Florida Bar # 153850

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 20 day of May, 2002, to Assistant United States Attorney Roger Powell, 500 E. Broward Boulevard, Seventh Floor, Ft. Lauderdale, FL 33394.

_____
THOMAS F. ALMON