UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6321-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA

    Plaintiff,

VS.

CYNTHIA JOHNSON (J)

    Defendant.

## NOTICE OF HEARING

TYPE OF CASE:
( ) **CIVIL**  (XX) **CRIMINAL**

( ) TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

PLACE:  
ROOM NO.: COURTROOM #3  (4TH FLOOR)  
DATE AND TIME:

TYPE OF PROCEEDING:
**BOND REVOCATION HEARING ON VIOLATION OF SUPERVISED RELEASE**

(X) TAKE NOTICE that the proceeding in this case has been continued as indicated below:

| PLACE: | DATE/TIME PREVIOUSLY SCHEDULED: | CONTINUED TO, DATE AND TIME: |
|---|---|---|
| U.S. COURTHOUSE 701 CLEMATIS STREET WPB, FL. 33401 | 5-21-02 @ 9:30 AM | **5-24-02 @ 9:30 AM** |

ANN E. VITUNAC
U.S. MAGISTRATE JUDGE

(BY) DEPUTY CLERK

DATE: MAY 20, 2002

TO: THOMAS ALMON, ESQUIRE
    UNITED STATES ATTORNEY (ROGER POWELL)
    UNITED STATES MARSHAL
    UNITED STATES PROBATION (DAVID SUTHERLAND)