PROB 19                                                                          SD/FL PACTS No. 66482

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. **00-6321-CR-Hurley**

U.S.A. vs CYNTHIA JOHNSON

TO:[1] **ANY U.S. MARSHAL OR AUTHORIZED REPRESENTATIVE**

## WARRANT FOR ARREST OF PROBATIONER

You are hereby commanded to arrest the within-named probationer and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her probation imposed by the court.

| NAME OF PROBATIONER | SEX | RACE | AGE |
|---|---|---|---|
| Cynthia Johnson | Female | Black | 65 |

ADDRESS (STREET, CITY, STATE)
830 SW 14 Court
Deerfield Beach, FL 33441

| PROBATION IMPOSED BY (NAME OF COURT) | DATE IMPOSED |
|---|---|
| UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA | 5/25/2001 |

TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE)
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH, FLORIDA

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Clarence Maddox | [signature] | 5-14-02 |

### RETURN

| | DATE RECEIVED | DATE EXECUTED |
|---|---|---|
| Warrant received and executed. | 5/14/02 | 5/15/02 |

EXECUTING AGENCY (NAME AND ADDRESS)
USMS, Ft. Lauderdale, FL

| NAME  Edward Stubbs, Acting U.S. Marshal  S/D FL | (BY) Barry Golden, ASDUSM | DATE 5/15/02 |
|---|---|---|