# COURT MINUTES

U.S. MAGISTRATE JUDGE **ANN E. VITUNAC** DATE: 05/24/2002   TIME: 9:30 AM

DEFT. CYNTHIA JOHNSON ✓ (J)   CASE NO. 00-6321-CR-HURLEY/VITUNAC

AUSA. *Rolando Garcia* / ROGER POWELL   ATTY. THOMAS ALMON ✓

AGENT. DAVID SUTHERLAND-PROBATION   VIOL. VIOL. OF SUPERVISED RELEASE

PROCEEDING BOND REVOCATION HEARING   BOND. _____

DISPOSITION

Deft present with counsel & agrees to remain in custody.
Sentencing set for 5-31-02 before Judge Hurley

DATE: 5-24-02   TAPE: AEV 02-45-545