UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6321-CR-HURLEY

FILED by _____ D.C.

MAY 29 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

UNITED STATES OF AMERICA,

Plaintiff,

vs.                                                     **ORDER**

CYNTHIA JOHNSON,

Defendant.

_____/

THIS MATTER having come before the Court on the Defendant, CYNTHIA

JOHNSON's Motion to Reset the Hour of Sentencing on May 31, 2002, and the Court,

having reviewed the file and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that said motion is GRANTED. The Defendant's

sentence is hereby reset to May 31, 2002, at ___**4:00 P.M.**___.

DONE AND ORDERED at Miami, Florida, this **29**, day May 2002.

DANIEL T.K. HURLEY
UNITED STATES DISTRICT JUDGE

cc: AUSA Roger Powell
    Thomas F. Almon
    Pre-Trial Services
    U.S. Probation Office