UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 00-6321-Cr-Hurley/Vitunac

UNITED STATES OF AMERICA

    Plaintiff,

vs.

CYNTHIA JOHNSON,

    Defendant.
_____/

### ORDER RE BOND REVOCATION

The defendant, CYNTHIA JOHNSON, appeared before the Court on May 24, 2002, for her bond revocation hearing. The defendant was represented by counsel Thomas Almon. The government was represented by AUSA Rolando Garcia. At that time, the defendant stipulated to detention pending sentencing before United States District Judge Daniel T.K. Hurley.

The defendant is therefore ORDERED detained until sentencing before United States District Judge Daniel T.K. Hurley scheduled for May 31, 2002.

DONE and ORDERED in Chambers this 30, day of May, 2002, at West Palm Beach in the Southern District of Florida.

_____
ANN E. VITUNAC
UNITED STATES MAGISTRATE JUDGE

Copies to:
Honorable Daniel T.K. Hurley
AUSA - Rolando Garcia
Thomas Almon, Esq.