UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6321-CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

v.

CYNTHIA JOHNSON,
    Defendant.
_____/



## JUDGMENT & COMMITMENT UPON REVOCATION OF SUPERVISED RELEASE

**THIS CAUSE** was before the court at a violation hearing on May 31, 2002. The above named defendant, having been placed on supervised release pursuant to the Sentencing Reform Act of 1984 and Acts Amendatory thereof, entered of plea of guilty before a United States Magistrate Judge on April 17, 2002, to violating the conditions of supervision by unlawfully possessing or using a controlled substance. The court conducted an inquiry and subsequently concluded the defendant had violated the conditions of supervision. For that reason, it is

**ORDERED** and **ADJUDGED**:

The term and conditions of supervised release are **revoked** and the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **4 months**. *(The court recommend the term of imprisonment be served at a facility near Fort Lauderdale, Florida.)*

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this ___19th___ day of June, 2002.

                                              Daniel T. K. Hurley
**copy furnished:**
AUSA Roger Powell                                  United States District Judge
Thomas F. Almon, Jr., Esq.
U.S. Marshal Service
U.S. Probation Office