UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6321-CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

v.

CYNTHIA JOHNSON,
    Defendant. #53965-004
_____

## JUDGMENT & COMMITMENT UPON REVOCATION OF SUPERVISED RELEASE

THIS CAUSE was before the court at a violation hearing on May 31, 2002. The above named defendant, having been placed on supervised release pursuant to the Sentencing Reform Act of 1984 and Acts Amendatory thereof, entered of plea of guilty before a United States Magistrate Judge on April 17, 2002, to violating the conditions of supervision by unlawfully possessing or using a controlled substance. The court conducted an inquiry and subsequently concluded the defendant had violated the conditions of supervision. For that reason, it is

**ORDERED** and **ADJUDGED**:

The term and conditions of supervised release are **revoked** and the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **4 months**. *(The court recommend the term of imprisonment be served at a facility near Fort Lauderdale, Florida.)*

DONE and SIGNED in Chambers at West Palm Beach, Florida this ___ day of June, 2002.

**copy furnished:**
AUSA Roger Powell
Thomas F. Almon, Jr., Esq.
U.S. Marshal Service
U.S. Probation Office

Daniel T. K. Hurley
United States District Judge

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
Deputy Clerk
Date June 24, 2002

00-6321-CR-DTKH

USA
vs.
Cynthia Martin

Defendant delivered on 7/18/02 to Federal Detention Center at Miami, Florida, the Institution designated by the Attorney General, with a certified copy of the Judgment and Commitment

_____
Inmate Systems Manager

02 AUG -1 PM 3: 34